Greg S. Martin (State Bar No. 294482)
gmartin@jonesday.com
JONES DAY
12265 El Camino Real
Suite 200
San Diego, CA  92130.4096
Telephone:  +1.858.314.1200
Facsimile:  +1.858.314.1150

Attorney for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIS ADAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; and DOES 1 through 10 inclusive,<br><br>　　　　　Defendants. | Case No. 3:16-cv-04849-HSG<br><br>Assigned to Honorable Haywood S. Gilliam, Jr.<br><br>**ORDER GRANTING EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE**<br><br>Date:　　November 22, 2016<br>Time:　　2:00 p.m.<br>Ctrm.:　　10, 19th Floor |

Having considered Defendant Experian Information Solutions, Inc's ("Experian") request for telephonic appearance and good cause appearing therefore, it is hereby ORDERED that Experian is excused from personally appearing at the upcoming Case Management Conference set for November 22, 2016 at 2:00 p.m. and may appear telephonically.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated:  November 10, 2016

　　　　　　　　　　　　　　　　　_/s/ Haywood S. Gilliam, Jr._
　　　　　　　　　　　　　　　　　HON. HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
Case No. 3:16-cv-04849-HSG