1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIS ADAMS, an individual, | ) Case No.: 3:16-cv-04849-HSG |
| | ) |
| Plaintiff, | ) **Order on Motion to Appear Telephonically to** |
| | ) **Case Management Conference** |
| V. | ) |
| | ) Date: November 22, 2016 |
| EXPERIAN INFORMATION | ) Time: 2:00 PM |
| SOLUTIONS, INC.; et al., | ) Crtrm.: 10 |
| | ) |
| Defendants. | ) Hon. Haywood S. Gilliam, Jr. |
| | ) |
| | ) |

    The court hereby grants the request for Octavio Cardona-Loya II, Esq. to appear at the Case Management Conference telephonically.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Date:  November 10, 2016

                                      */s/ Haywood S. Gilliam, Jr.*
                                    UNITED STATES DISTRICT COURT JUDGE