Andrew M. Lehmann, Esq. (IN #31151-06)
  (admitted *Pro Hac Vice*)
Colin C. Poling, Esq.  (IN #32413-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  alehmann@schuckitlaw.com
         cpoling@schuckitlaw.com

*Lead Counsel for Defendant, Trans Union, LLC*

David Streza, Esq. (CSB #209353)
Vogl Meredith Burke LLP
456 Montgomery Street, 20th Floor
San Francisco, CA  94104
Telephone:  415-398-0200
Fax:  415-398-2820
E-Mail:  dstreza@vmbllp.com

*Local Counsel for Defendant, Trans Union, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JUNIS ADAMS, an individual,<br>    Plaintiff,<br><br>     vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>EQUIFAX INFORMATION SERVICES, LLC;<br>TRANS UNION LLC; and DOES 1 THROUGH 10 INCLUSIVE;<br>    Defendants. | CASE NO. 4:16-cv-04849-HSG<br><br>**ORDER GRANTING DEFENDANT TRANS UNION, LLC'S MOTION FOR LEAVE OF COURT FOR LEAD COUNSEL TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE**<br><br>Date: November 22, 2016<br>Time: 2:00 P.M.<br>**Courtroom 10, 19th Floor** |

This cause is before the Court on Trans Union, LLC's (Trans Union") Motion For Leave Of Court For Lead Counsel To Participate In Case Management Conference By Telephone (the

[PROPOSED] ORDER GRANTING DEFENDANT TRANS UNION, LLC'S MOTION FOR LEAVE OF COURT FOR LEAD COUNSEL TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE – 4:16-CV-04849-HSG

"Motion"). The Court, being duly advised, finds cause to allow such participation and hereby GRANTS said Motion.

Lead counsel for Trans Union shall participate in the Case Management Conference scheduled for November 22, at 2:00 p.m. (PST), by telephone. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED this 10th day of November, 2016.

*Haywood S. Gilliam Jr.*
_____
Judge, U.S. District Court Northern District of California

[PROPOSED] ORDER GRANTING DEFENDANT TRANS UNION, LLC'S MOTION FOR LEAVE OF COURT FOR LEAD COUNSEL TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE – 4:16-CV-04849-HSG