UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUNIS ADAMS,

          Plaintiff,

    v.

EXPERIAN INFORMATION SOLUTIONS,
INC., et al.,

          Defendants.

Case No. 16-cv-04849-HSG

**ORDER TO SHOW CAUSE WHY
SANCTIONS SHOULD NOT ISSUE**

Re: Dkt. No. 19

On September 9, 2016, the Court set a case management conference for this reassigned civil case. Dkt. No. 19. On November 22, 2016, the Court held the case management conference as scheduled. Thomas P. Quinn, Jr., counsel for Defendant Equifax Information Services, LLC ("Equifax"), failed to appear. Mr. Quinn was aware of the hearing: he signed the joint case management statement, *see* Dkt. No. 40 at 8, and filed a motion to appear by phone, *see* Dkt. No. 41, which the Court granted, *see* Dkt. No. 42.

As Equifax's counsel, Mr. Quinn was required appear at the case management conference. *See* Fed. R. Civ. P. 16(a) (empowering the Court to order counsel to appear at pretrial conferences); Civil L.R. 16-10(c) (requiring counsel to appear at case management conferences). "Failure by counsel . . . to comply with any duly promulgated local rule or any Federal Rule may be a ground for imposition of any authorized sanction." Civil L.R. 1-4. Accordingly, the Court **ORDERS** Mr. Quinn to show cause by November 29, 2016 why the Court should not sanction him for failing to appear at the case management conference on behalf of his client, Equifax.

    **IT IS SO ORDERED.**

Dated: 11/23/2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge