UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUNIS ADAMS,

        Plaintiff,

   v.

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

        Defendants.

Case No. 16-cv-04849-HSG

**ORDER SETTING CASE SCHEDULE**

On November 22, 2016, the Court held a telephonic case management conference, at which counsel for Plaintiff Junis Adams, counsel for Defendant Experian Information Solutions, Inc., and counsel for Defendant Trans Union, LLC appeared.[1]  Having discussed scheduling with counsel, the Court **SETS** the following case schedule.

//
//
//
//
//
//
//
//
//
//
//

---

[1] Counsel for Equifax Information Services, LLC failed to appear.

| Event | Deadline |
|---|---|
| Motion to Amend Pleading and/or Add Parties | January 13, 2017 |
| Alternative Dispute Resolution Deadline | February 21, 2017 |
| Close of Fact Discovery | May 19, 2017 |
| Exchange of Opening Expert Reports | June 5, 2017 |
| Exchange of Rebuttal Expert Reports | June 20, 2017 |
| Close of Expert Discovery | July 5, 2017 |
| Dispositive Motion Hearing | August 24, 2017, 2:00 p.m. |
| Exchange Exhibits | October 20, 2017 |
| File Motions in Limine | October 27, 2017 |
| Pretrial Filings | November 6, 2017 |
| Pretrial Conference | November 28, 2017, 3:00 p.m. |
| Jury Trial (3 days) | December 11, 2017, 8:30 a.m. |

**IT IS SO ORDERED.**

Dated: 11/28/2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge