United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIS ADAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　　　　Defendants. | Case No. 16-cv-04849-HSG<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 44 |

　　　Having reviewed counsel's declaration filed on November 23, 2016, Dkt. No. 45, the Court DISCHARGES its order to show cause issued that same day, Dkt. No. 44. In discharging the order to show cause without further action, the Court relies on counsel's commitment not to repeat this mistake in the future.

　　　**IT IS SO ORDERED.**

Dated:　11/28/2016

_/s/ Haywood S. Gilliam, Jr._
HAYWOOD S. GILLIAM, JR.
United States District Judge