# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIS ADAMS, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et al.,<br><br>    Defendants. | Case No.: 3:16-cv-04849-HSG<br><br>**Order Re: Stipulation to Continue Mediation Deadline** |

Pursuant to the parties' Stipulation to Continue the Mediation Deadline, the Court hereby continues the Alternative Dispute Resolution Deadline to April 21, 2017.

IT IS SO ORDERED

DATE: February 22, 2017          BY: *Haywood S. Gill Jr.*
                                     UNITED STATES DISTRICT JUDGE