# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIS ADAMS, an individual, | ) Case No.: 4:16-cv-04849-HSG |
| Plaintiff, | ) |
| vs. | ) **Order For Dismissal of Defendant** ) **Trans Union LLC Only** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et al., | ) |
| Defendants. | ) |

Pursuant to the parties' Stipulation, this Court hereby dismisses the above-captioned action with prejudice as to Defendant Trans Union LLC only; the parties to each bear their own attorney fees and costs. This dismissal does not apply to any other named Defendant in this action.

**IT IS SO ORDERED.**

DATE: July 6, 2017        BY: /s/ Haywood S. Gilliam Jr.
                                UNITED STATES DISTRICT JUDGE

1