# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIS ADAMS, an individual,<br><br>Plaintiff,<br><br>   vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et al.,<br><br>Defendants. | Case No.: 4:16-cv-04849-HSG<br><br>**Order For Dismissal of Defendant Experian Information Solutions, Inc.** |

Pursuant to the parties' Stipulation, this Court hereby dismisses the above-captioned action with prejudice as to Defendant Experian Information Solutions, Inc. and the entire action; the parties to each bear their own attorney fees and costs.

**IT IS SO ORDERED.**

DATE: July 21, 2017        BY: _/s/ Haywood S. Gilliam Jr._
                                            UNITED STATES DISTRICT JUDGE